UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 5:13-mj-1203-CHW |
| v. | : Violation: 50 U.S.C. §797 |
| PAUL FULLER | : |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
(Possession of a Firearm)

That on or about November 10, 2013, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **PAUL FULLER**, did willfully violate a base security regulation by unlawfully transporting a firearm onto the installation, in violation of Title 50 of the United States Code, Section 797.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: _____
VINCENT D. ROMANO
New York Bar Registration Number B10069329
New Jersey Bar Number 042462011
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 186
Robins AFB, Georgia 31098
Telephone: (478) 222-0551